THE PEOPLE OF THE STATE OF NEW YORK ex rel. ANTHONY JONES, Appellant, v BRIAN FISCHER, Respondent.

Submitted August 20, 2007; decided October 16, 2007

Reported below, 2007 NY Slip Op 68924(U).

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

POLICE BENEVOLENT ASSOCIATION OF THE NEW YORK STATE TROOPERS, INC., Appellant, et al., Plaintiffs, v NEW YORK STATE DIVISION OF STATE POLICE et al., Respondents.

Submitted August 6, 2007; decided October 16, 2007

Reported below, 40 AD3d 1350.

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for leave to appeal denied with $100 costs and necessary reproduction costs.

In the Matter of TASHARKA SARGENT, Appellant, v GLENN S. GOORD et al., Respondents.

Submitted September 10, 2007; decided October 16, 2007

Reported below, 34 AD3d 333.

Motion for reargument of motion for leave to appeal denied [see 8 NY3d 804 (2007)].

In the Matter of SOMA PARTNERS, LLC, Respondent, v NORTHWEST BIOTHERAPEUTICS, INC., Appellant.

Submitted August 6, 2007; decided October 16, 2007

Reported below, 41 AD3d 257.

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.